FILED    E-FILED
Monday, 22 May, 2017 12:50:10 PM
Clerk, U.S. District Court, ILCD

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

MAY 22 2017

# United States District Court

## CENTRAL DISTRICT OF ILLINOIS

Davett Fisher Sr.
_____

Plaintiff

vs.

Ms. Martha Hammer
_____
_____
_____
_____
_____
_____
_____,

Defendant(s)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _17-1224_
(_The case number will be assigned by the clerk_)

(_List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format_).

## COMPLAINT*

_Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint._

☒ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under _Bivens v. Six Unknown Federal Narcotics Agents_, 403 U.S. 388 (1971)(federal defendants)

☐ Other federal law: _____

☐ Unknown _____

_____

***Please refer to the instructions when filling out this complaint.** Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition._

## I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A.  Plaintiff:

Full Name: _____ Davett Lamar Fisher_____

Prison Identification Number: _____ R63660 _____

Current address: _____ 100 Hillcrest rd. _____

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B.  Defendants

Defendant #1:

Full Name: _____ Mrs Martha Hammer _____

Current Job Title: _____ Records Administrator _____

Current Work Address _____ Peoria Police Department _____
_____ 600 S.W. Adams st. Peoria IL 61602 _____

Defendant #2:

Full Name: _____

Current Job Title: _____

Current Work Address _____

Defendant #3:

Full Name: _____

2

Current Job Title: _____

Current Work Address _____

_____

Defendant #4:

Full Name: _____

Current Job Title: _____

Current Work Address _____

_____

Defendant #5:

Full Name: _____

Current Job Title: _____

Current Work Address _____

_____

*For additional defendants, provide the information in the same format as above on a separate page.*

## III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal <u>in forma pauperis</u> in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?        Yes  ☐              No  ☒

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes  ☒              No  ☐

3

C. If your answer to B is yes, how many? _2_ Describe the lawsuit(s) below.

1. Name of Case, Court and Docket Number
   _Fisher v. Peoria Police Dept._

2. Basic claim made _4th amendment violation_

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still
pending?) _Dismissed and Appealed and then Dismissed_

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution? Yes ☐ No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☐ No ☐

If your answer is no, explain why not _____

_____

C. Is the grievance process completed? Yes ☐ No ☐

4

## V. STATEMENT OF CLAIM

Place(s) of the occurrence ___Peoria Illinois___

Date(s) of the occurrence ___December 21, 2016___

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

I, Davett Fisher requested the Police Reports of my arrest for Burglary on or about January 2005 I also requested any supplemental reports to the Burglary charge. The request was made December 21, 2016. Mrs. Martha Hammer is the Records Administrator and my request was sent to her. Mrs Hammer never responded to my request. I wrote the Public Access Counselor of the Attorney General office to see if they will obtain these records for me. P.A.C. Mathew Hartman of the Attorney General Office forward my Freedom of Information request along with a letter to Mrs Hammer to respond to F.O.I.A. request from me dated Jan 11, 2017. No response was made in regard to my request and P.A.C. Mr. Hartman letter.

5

## RELIEF REQUESTED

(State what relief you want from the court.)

I am requesting a preliminary injunction to obtain police reports so I can file a state Post Conviction Petition to have judgement for burgulary vackted. Because of Burgulary charge plaintiff is elgible for extended term of current charge. I am requesting this court grant a preliminary injunction ordering the Plaintiff to be able to move forward to obtain any and all police reports of the burgulary of Lasalle Electronics and the arrest of the Plaintiff of Burgulary of Lasalle Electronics on 2-17-05

JURY DEMAND          Yes ☒          No ☐

Signed this ___18 th___ day of ___May___, 20 _17_.

_____
( Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Daxett Fisher | R63660 |
| Address: | Telephone Number: |
| 100 Hillcrest Rd   East Moline   IL 61244 | |

8

Davett Fisher R63660
East Moline Correctional Center
100 Hillcrest rd.
East Moline IL 61244

nmate mail from IL
Dept. of Corrections



U.S. POSTAGE PITNEY BOWES

ZIP 61244 $ 001.82⁰
02 1W
0001385522 MAY 19 2017

U.S. District Courthouse

100 N.E. Monroe

Peoria IL 61602

